ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 10:43 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00020-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 10:43:14 AM
CHRISTOPHER A. PRINE
Clerk

STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE; SITELINK
SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND
PROPERTY FIRST GROUP, LP,
*Appellants,*

*V.*

SAFELEASE INSURANCE SERVICES, LLC,
*Appellee.*

*On Appeal from the*
*Third Division of the Texas Business Court*

## SECOND UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF FOR APPELLEE

JUDD E. STONE II
  State Bar No. 24076720
CHRISTOPHER D. HILTON
MICHAEL R. ABRAMS
CODY C. COLL
  State Bar No. 24116214
ALEXANDER M. DVORSCAK
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248
*Counsel for Appellee*

TO THE HONORABLE COURT OF APPEALS:

Plaintiff-Appellee SafeLease Insurance Services, LLC requests a 10-day extension of the time in which to file its responding brief in this Court. One previous extension has been granted. Appellee's Brief in Response is currently due on Tuesday, May 27, 2025.

Under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee requests a 10-day extension of time in which to file its Brief in Response, which would make the new deadline Friday, June 6, 2025. This extension is needed because of the press of other business in which the undersigned counsel has impending trial and appellate court deadlines, including:

- Appellant's Opening Brief, *Media Matters for Am., et al. v. X Corp., et al.*, No. 25-2463 (9th Cir.), filed May 14, 2025;

- Reply in Support of Motion to Stay, *Media Matters for Am., et al. v. X Corp., et al.*, No. 3:25-cv-02397 (N.D. Cal.), filed May 16, 2025;

- Reply in Support of Motion to Compel, *X Corp. v. Media Matters for Am., et al.*, No. 4:23-cv-01175-O (N.D. Tex.), filed May 19, 2025;

1

- Supplemental Brief on Requested Topics, *X Corp. v. Media Matters for Am., et al.*, No. 4:23-cv-01175-O (N.D. Tex.), filed May 21, 2025;

- Appellee's Response Brief, *Keough v. Kenningham, et al.*, No. 09-25-00089-CV (Tex. App.—Beaumont), due May 27, 2025; and

- Appellant's Reply Brief, *Doe v. U.S. Dep't of Health & Human Servs.*, 24-40778 (5th Cir.), due June 2, 2025.

This extension is not requested merely for delay, but rather so that justice may be done. This motion is unopposed.

## CONCLUSION AND PRAYER

Appellee respectfully requests that the Court grant a 10-day extension of time in which to file a Brief in Response.

Respectfully submitted.

May 23, 2025

/s/ *Cody C. Coll*
Judd E. Stone II
Christopher D. Hilton
Michael R. Abrams
Cody C. Coll
Alexander M. Dvorscak
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

On May 23, 2025, this document was electronically filed and served on all counsel.

*/s/ Cody C. Coll*
Cody C. Coll

## CERTIFICATE OF CONFERENCE

On May 23, 2025, I conferred with Justin Bernstein, appellate counsel for Appellants, via email. Counsel stated the relief requested herein is unopposed.

*/s/ Cody C. Coll*
Cody C. Coll

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Cody Coll
Bar No. 24116214
rosie@stonehilton.com
Envelope ID: 101202481
Filing Code Description: Motion
Filing Description: Second Unopposed Motion for Extension of Time to File Brief for Appellee
Status as of 5/23/2025 10:56 AM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Cody Coll | | cody@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 5/23/2025 10:43:14 AM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 5/23/2025 10:43:14 AM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 5/23/2025 10:43:14 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 5/23/2025 10:43:14 AM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Cody Coll
Bar No. 24116214
rosie@stonehilton.com
Envelope ID: 101202481
Filing Code Description: Motion
Filing Description: Second Unopposed Motion for Extension of Time to File Brief for Appellee
Status as of 5/23/2025 10:56 AM CST

Associated Case Party: Storable, Inc.

| Carolyn Reed | | creed@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
|---|---|---|---|---|
| Jonna Summers | | jsummers@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 5/23/2025 10:43:14 AM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 5/23/2025 10:43:14 AM | SENT |